```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 08181
   EMZIE L TERRY
   BARBARA A TERRY                            CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1370    SSN XXX-XX-1708

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/11/2006 and was confirmed 10/02/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   4.00%.

     The case was dismissed after confirmation 01/23/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED            15089.67       1300.62       2515.41
WELLS FARGO AUTO FINANCE  UNSECURED         NOT FILED           .00           .00
ILLINOIS DEPT OF HUMAN S  UNSECURED           3918.91           .00           .00
SOCIAL SECURITY ADMINIST  UNSECURED         NOT FILED           .00           .00
BLATT HASENMILLER LEIBSK  UNSECURED         NOT FILED           .00           .00
CAPITAL ONE BANK          UNSECURED         NOT FILED           .00           .00
CAPITAL ONE BANK          UNSECURED         NOT FILED           .00           .00
DERRICK D JETER MD        UNSECURED         NOT FILED           .00           .00
CERTEGY                   UNSECURED         NOT FILED           .00           .00
ULTRA FOODS               UNSECURED         NOT FILED           .00           .00
ASPIRE                    UNSECURED            744.95           .00           .00
CREDIT COLLECTION SERVIC  UNSECURED         NOT FILED           .00           .00
FIGIS INC                 UNSECURED             92.85           .00           .00
FINGERHUT                 UNSECURED            185.00           .00           .00
PREMIER BANCARD CHARTER   UNSECURED            119.69           .00           .00
GC SERVICES               UNSECURED         NOT FILED           .00           .00
JEWELS                    UNSECURED         NOT FILED           .00           .00
UNIVERSITY OF CHICAGO PH  UNSECURED         NOT FILED           .00           .00
UNIVERSITY OF CHICAGO PH  UNSECURED         NOT FILED           .00           .00
JACK RUBY DDS             UNSECURED         NOT FILED           .00           .00
HAMMOND RADIOLOGISTS      UNSECURED         NOT FILED           .00           .00
EVERGREEN MEDICAL SPECIA  UNSECURED         NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            875.03           .00           .00
MIDNIGHT VELVET           UNSECURED         NOT FILED           .00           .00
MIDWEST EYE CENTER        UNSECURED         NOT FILED           .00           .00
NATIONAL QUIK CASH        UNSECURED         NOT FILED           .00           .00
NATIONWIDE ACCEPTANCE CO  UNSECURED            672.72           .00           .00
NATIONWIDE ACCEPTANCE~    UNSECURED         NOT FILED           .00           .00
RADIOLOGICAL PHYSICIANS   UNSECURED         NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED           .00           .00
PUBLISHERS CLEARING HOUS  UNSECURED         NOT FILED           .00           .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED           .00           .00
```

```
TRUSTMARK RECOVERY SERVI  UNSECURED      NOT FILED           .00          .00
UNITED COLLECTIONS        UNSECURED         123.20           .00          .00
UNIVERSITY OF CHICAGO HO  UNSECURED      NOT FILED           .00          .00
DAMITA BUFFINGTON & ASSO  DEBTOR ATTY     2,324.00                     292.37
TOM VAUGHN                TRUSTEE                                      261.60
DEBTOR REFUND             REFUND                                     1,092.50

        Summary of Receipts and Disbursements:
   -----------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
   -----------------------------------------------------------------------------
TRUSTEE                       5,462.50

PRIORITY                                                 .00
SECURED                                             2,515.41
    INTEREST                                        1,300.62
UNSECURED                                                .00
ADMINISTRATIVE                                         292.37
TRUSTEE COMPENSATION                                   261.60
DEBTOR REFUND                                        1,092.50
                           ---------------       ---------------
TOTALS                        5,462.50              5,462.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 05/23/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE



                        PAGE   2
        CASE NO. 06 B 08181 EMZIE L TERRY & BARBARA A TERRY